# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| F. MICHAEL MCCLANNAHAN, | Case No.: 2:18-cv-00611-APG-DJA |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| NEVADA STATE BANK, | |
| Defendant | |

I previously set the amended complaint deadline for August 30, 2019. ECF No. 6. Plaintiff F. Michael McClannahan has not filed an amended complaint as ordered.

IT IS THEREFORE ORDERED that the complaint **(ECF No. 1) is DISMISSED without prejudice.** The clerk of court is instructed to close this case.

DATED this 9th day of September, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE